In the Matter of the Accounting of the FARMERS' LOAN AND TRUST COMPANY, as Trustee under the Will of VALENTINE MOTT, Deceased, Respondent.

KATE W. R. BLACQUE, Individually and as Executrix of VALENTINE A. BLACQUE, Appellant; LILLIE C. BOYD, Individually and as Executrix of FANNIE M. CAMPBELL, Deceased, et al., Respondents.

(Argued June 13, 1917; decided July 11, 1917.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 30, 1917, which affirmed a decree of the New York County Surrogate's Court construing the will of Valentine Mott, deceased. Testator by his will after providing for two trust funds, the income of which should be payable respectively to two grandchildren during his or her life, provided: "Upon the death of either I give, devise and bequeath his or her share to his or her issue if any, if there be no issue, then to my surviving children and the issue of those deceased." One of the grandchildren had issue which predeceased him. Upon his death his widow claimed the trust fund as sole inheritrix of the deceased child. The question presented was whether

the gift to the issue of the *cestui que trust* should be limited to issue which survived him.

*Howard Taylor* and *Stephen P. Nash* for appellant.

*Frederick Geller* and *Frederic R. Keator* for Farmers' Loan and Trust Company, as trustee, respondent.

*Merrill Bishop* and *Verne M. Bovie* for Lillie C. Boyd, individually and as executrix, respondent.

*Charles E. Lydecker* for Valentine Mott et al., respondents.

*Henry A. Uterhart* for Fannie Van Schaick, respondent.

*John H. Bogardus* and *Robert W. Candler* for Isaac Bell et al., respondents.

*Daniel D. Sherman* and *Henry W. Jessup* for Virginia L. Meert et al., respondents.

*Henry Gansevoort Sanford* for Valentine Mott et al., respondents.

*Charles M. Bleecker* for Mary D. Caroline, respondent.

*W. E. Kisselburgh, Jr.*, for J. V. Mott, respondent.

Order affirmed, with costs; no opinion.
Concur: HISCOCK, Ch. J., CUDDEBACK, HOGAN, CARDOZO, POUND, CRANE and ANDREWS, JJ.